# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 24, 2019

## NO. 03-18-00353-CR

**Jason Britt Redden, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment adjudicating guilt and revoking community supervision rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment, but that there was error requiring correction. Therefore, the Court modifies the judgment to reflect that Redden pleaded not true to the State's revocation allegations. The Court affirms the judgment adjudicating guilt and revoking community supervision as modified. Because Redden is indigent and unable to pay costs, no adjudication of costs is made.